# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARCIA BARLOW,

    Plaintiff,

v.                                                              Case No: 8:14-cv-690-T-30MAP

SUCCESSFUL MONEY
MANAGEMENT OF SARASOTA, INC.
and ROBERT L. LEE,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement Agreement and for Dismissal With Prejudice (Dkt. #13). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement Agreement and for Dismissal With Prejudice (Dkt. #13) is GRANTED.

2. The parties' settlement is approved.

3. This case is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2014.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-690 approve settlement 13.docx